UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ESTATE FINANCIAL, MORTGAGE FUND, LLC,<br><br>       Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>       Appellant,<br><br>v.<br><br>BRYAN CAVE, LLP, a California professional limited liability partnership; and KATHERINE M. WINDLER, an individual,<br><br>       Appellees. | District Court Case No.:<br><br>2:12CV-02495 SJO<br><br>and<br><br>District Court Case No.:<br><br>2:11CV-04213 SJO[1] |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

Bradley D. Sharp, the liquidating trustee (the "Trustee") of the Liquidating Trust of Estate Financial Mortgage Fund, LLC, the successor in interest to the chapter 11 bankruptcy estate of debtor Estate Financial Mortgage Fund, LLC and the Appellant herein ("Appellant"), appeals to the United States Court of Court of Appeals for the Ninth Circuit from the "Order Overruling Plaintiff's Objection to

---

[1] While the Order being appealed from was entered in Case No. 2:12-02495 SJO, additional relevant pleadings are contained in Case No. 2:11CV-04213, which was opened for the identical matter.

1

the Bankruptcy Judge's October 11, 2011 Order; Order Accepting Bankruptcy Judge's Order and Dismissing Adversary Proceeding" of the United States District Court, Central District of California (the "District Court"), entered in this case on May 7, 2012 (the "Order"). The Order overruled the Trustee's objection to the Bankruptcy Court's October 11, 2011 order recommending that Defendants' Motion to Dismiss the Trustee's Complaint be granted, accepting the Bankruptcy Court's order, and dismissing the Trustee's Complaint without leave to amend. A copy of the Order is attached as Exhibit 1.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

**Appellant, Bradley S. Sharp, in his capacity as the liquidating trustee of the Liquidating Trust of Estate Financial Mortgage Fund, LLC, the successor in interest to the chapter 11 bankruptcy estate of debtor Estate Financial Mortgage Fund, LLC**

John P. Reitman
*Jreitman@lgbfirm.com*
Aleksandra Zimonjic
*Azimonjic@lgbfirm.com*
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067

**Appellee, Bryan Cave, LLP**

Kevin S. Rosen
*krosen@gibsondunn.com*
Craig H. Millet
*cmillet@gibsondunn.com*

GIBSON DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071-3197

**Appellee, Katherine M. Windler**

James L. Sanders
*jsanders@reedsmith.com*
Francisca M. Mok
*fmok@reedsmith.com*
Michelle L. Cheng
*mcheng@reedsmith.com*
Christopher O. Rivas
*crivas@reedsmith.com*
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078

Dated:   June 1, 2012
LANDAU GOTTFRIED & BERGER LLP
JOHN P. REITMAN
ALEKSANDRA ZIMONJIC

By: _____
John P. Reitman
Attorneys for Appellant

EXHIBIT 1

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

Bankruptcy Court case number:
9:08-bk-11535 RR, Adversary number: 9:11-ap-1146 RR,

| | |
|---|---|
| **CASE NO.:** CV 12-02495 SJO | **DATE:** May 7, 2012 |
| **TITLE:** | In re: Estate Financial Mortgage Fund, LLC |

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**              **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                     Not Present

========================================================================

**PROCEEDINGS (in chambers): ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO THE BANKRUPTCY JUDGE'S OCTOBER 11, 2011 ORDER; ORDER ACCEPTING BANKRUPTCY JUDGE'S ORDER AND DISMISSING ADVERSARY PROCEEDING**

This matter is before the Court on Plaintiff Bradley D. Sharp's ("Plaintiff")[1] Objections to the Bankruptcy Judge's October 11, 2011 Order regarding Defendants Bryan Cave LLP and Katherine M. Windler's (collectively, "Defendants") Motions to Dismiss the Adversary Proceeding ("Objections"). Defendant Bryan Cave LLP ("Bryan Cave") filed Responses to Plaintiff's Objections. Defendant Katherine M. Windler ("Windler") filed a Joinder to Bryan Cave's Responses.

The Court has considered all of the materials presented to this Court and all of the relevant materials before the Bankruptcy Court, including the Complaint, the briefing and exhibits on Defendants' Motions to Dismiss, the transcript of the hearing before the Bankruptcy Judge on the Motions to Dismiss, and the Bankruptcy Judge's October 11, 2011 Order, which dismissed the Adversary Proceeding based on the application of the *in pari delicto* doctrine. The Court has engaged in a *de novo* review of the record. Based on this review, the Court **ACCEPTS** the Bankruptcy Judge's Order and **OVERRULES** Plaintiff's Objections. The Adversary Proceeding is **DISMISSED WITHOUT LEAVE TO AMEND**.

IT IS SO ORDERED.

---

[1] Plaintiff is the Liquidating Trustee of the Liquidating Trust of Estate Financial Mortgage Fund, LLC.

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LANDAU GOTTFRIED & BERGER LLP, 1801 Century Park East, Suite 700, Los Angeles, CA 90067. On **June 1, 2012**, I served the following document(s) by the method indicated below:

**NOTICE OF LODGING OF ADDITIONAL DOCUMENTS TO SUPPLEMENT THE BANKRUPTCY COURT'S NOTICE OF REFERRAL OF NON-CORE PROCEEDING**

__X__ by electronically serving the document(s) via CM/ECF on the recipients designated on the Transaction Receipt located on the CM/ECF website.

__X__ by **Overnight Delivery**. I caused such documents to be delivered to the Judge's chambers prior to 12:00 p.m. on June 4, 2012:

**Honorable S. James Otero**
U.S. District Court, Central Dist. of CA
Courtroom 1, 2nd floor
312 N. Spring Street
Los Angeles, CA 90012

Michael B Smith
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

*Courtesy Copy to*
**Honorable Robin L. Riblet**
United States Bankruptcy Court - Central District of California
1415 State Street / Courtroom 201
Santa Barbara, California 93101-2511

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **June 1, 2012**, at Los Angles, California.

/s/ Ryan Martin-Patterson
Ryan Martin-Patterson