UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/**JS-6**
Scan Only

| | |
|---|---|
| **CASE NO.:** CV 12-02495 SJO | **DATE:** July 1, 2014 |

**TITLE:** **In re: Estate Financial Mortgage Fund, LLC**
Bankruptcy Court case numbers: BK 08-11535 RR; AP 11-01146 RR

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz　　　　　　　　　　　　　Not Present
Courtroom Clerk　　　　　　　　　　　　　Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**　　　**COUNSEL PRESENT FOR DEFENDANTS:**

Not Present　　　　　　　　　　　　　　　Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER REMANDING ACTION TO THE BANKRUPTCY COURT**

This matter is before the Court on remand from the United States Court of Appeals for the Ninth Circuit. *In re Estate Fin. Mortg. Fund, LLC*, __ F. App'x __, No. 12-56009, 2014 WL 1152689 (9th Cir. Mar. 24, 2014). The Ninth Circuit reversed the Court's order dismissing Plaintiff and Trustee Bradley D. Sharp's Adversary Proceeding, case number AP 11-01146 RR, against Defendants Bryan Cave LLP and Katherine M. Windler without leave to amend. (*See* Order Overruling Pl.'s Objections, ECF No. 11.) In light of the Ninth Circuit's opinion, the Court reinstates the reference to the United States Bankruptcy Court for the Central District of California and remands the action. The Bankruptcy Court shall hear all matters related to the Adversary Proceeding, submitting proposed findings of fact and conclusions of law as necessary pursuant to 28 U.S.C. § 157. This action shall close.

IT IS SO ORDERED.