**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**AMENDED CIVIL MINUTES - GENERAL**

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

CASE NO.:  **CV 12-02495 SJO**             DATE:  **July 1, 2014**

TITLE:     **In re: Estate Financial Mortgage Fund, LLC**
           Bankruptcy Court case numbers:  9:08-bk-11535 RR; 9:11-ap-1146 RR

========================================================================
PRESENT:  **THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**         **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                               Not Present

========================================================================
**PROCEEDINGS (in chambers):   ORDER REMANDING ACTION TO THE BANKRUPTCY COURT**

This matter is before the Court on remand from the United States Court of Appeals for the Ninth Circuit.  *In re Estate Fin. Mortg. Fund, LLC*, __ F. App'x __, No. 12-56009, 2014 WL 1152689 (9th Cir. Mar. 24, 2014).  The Ninth Circuit reversed the Court's order dismissing Plaintiff and Trustee Bradley D. Sharp's Adversary Proceeding, case number AP 11-01146 RR, against Defendants Bryan Cave LLP and Katherine M. Windler without leave to amend.  (*See* Order Overruling Pl.'s Objections, ECF No. 11.)  In light of the Ninth Circuit's opinion, the Court reinstates the reference to the United States Bankruptcy Court for the Central District of California and remands the action. The Bankruptcy Court shall hear all matters related to the Adversary Proceeding, submitting proposed findings of fact and conclusions of law as necessary pursuant to 28 U.S.C. § 157.  This action shall close.

IT IS SO ORDERED.